IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MATTHEW D. LEONARD,
and minor children E.E.L. and K.A.L.,

        Petitioners,

v.

ROBERT P. VANDEHEY, individually and acting in his official capacity as Circuit Judge of Grant County,

        Respondent.

ORDER

08-cv-50-bbc

---

On January 23, 2008, this court entered an order directing petitioners to submit either the five dollar filing fee or a completed application for leave to proceed *in forma pauperis* in this habeas corpus proceeding. The order specified that petitioners were to make either of these submissions not later than February 6, 2008. It is now February 13, 2008 and the court has not received the filing fee or a completed application for leave to proceed *in forma pauperis* from petitioners. Accordingly, the petition is DISMISSED WITHOUT PREJUDICE for petitioners' failure to prosecute it.

Entered this 14th day of February, 2008.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge