# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **MATTHEW D. LEONARD,** and minor children **E.E.L.** and **K.A.L.,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioners, | 08-cv-50-bbc |
| v. | |
| **ROBERT P. VANDEHEY,** individually and acting in his official capacity as Circuit Judge of Grant County, | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

the petition is DISMISSED WITHOUT PREJUDICE for petitioner's failure to prosecute it.


THERESA M. OWENS
_____
Theresa M. Owens, Clerk

Connie A. Korth
_____
by Deputy Clerk

_____2/14/08_
Date